# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| WEB GUY ENTERPRISES, LLC d/b/a | ) | |
| St. Joe Guns, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 15-06139-CV-SJ-DW |
| WILLIAM L. BOWERS, | ) | |
| Director of Industry Operations – Bureau of | ) | |
| Alcohol, Tobacco, Firearms and Explosives, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 15, 2015, the Court presided over a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 7). The purpose of this Order is to memorialize the rulings made by the Court at the hearing. After considering the arguments of Plaintiff's counsel and Defendant's counsel, the Court concludes that Plaintiff's request for a temporary restraining order should be granted. Accordingly, it is ORDERED that:

1. Defendant is restrained from enforcing the revocation of Plaintiff's federal firearms license until November 24, 2015;

2. On or before October 29, 2015, Defendant shall file a written response to the Motion for [Preliminary Injunction] (Doc. 7); and

3. The parties shall appear on Monday, November 23, 2015 at 9:00 a.m. for a hearing on the Motion for [Preliminary Injunction] in Courtroom 8B of the United States Courthouse at 400 E. 9th Street in Kansas City, Missouri.

SO ORDERED.

Date: October 15, 2015                    _____/s/ Dean Whipple_____
                                                              Dean Whipple
                                                   United States District Judge