IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND OUTDOOR, INC. D/B/A HEARTLAND OUTDOOR,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM J. MILLER<br>Director of Industry Operations<br>Bureau of Alcohol Tobacco<br>Firearms and Explosives,<br><br>Respondent. | Case No.   6:23-cv-01182 |

**INDEX OF EXHIBITS
TO PETITIONER'S MEMORANDUM IN SUPPORT**

- Exhibit A – Affidavit of Roger Theede

- Exhibit B – Order of the Western District of Missouri federal court in Web Guy Enterprises, LLC v. ATF

- Exhibit C – Lexis print-out of decision in Jim's Pawn Shop, Inc. v. ATF

1

Dated: September 1, 2023          Respectfully submitted,

/s Scott Nehrbass
Scott Nehrbass, #16285
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210-4041
Telephone: (913) 253-2144
Fax: (913) 498-2101
snehrbass@foulston.com

Jeff P. DeGraffenreid, #15694
FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS 67206
Telephone: (316) 291-9788
Fax: (316) 267-6345
jdegraffenreid@foulston.com

Scott L. Braum (*pro hac vice* to be submitted)
*Email*: slb@braumrudd.com
Timothy R. Rudd (*pro hac vice* to be submitted)
*Email*: trr@braumrudd.com
SCOTT L. BRAUM & ASSOCIATES, LTD.
812 East Franklin Street, Suite C
Dayton, Ohio 45459
Telephone: (937) 396-0089
Fax: (937) 396-1046

ATTORNEYS FOR PETITIONER