## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

HEARTLAND OUTDOOR, INC. D/B/A )
HEARTLAND OUTDOOR, )
                              )
         Petitioner, )
                              )
     v. )     Case No.:    6:23-cv-01182
                              )
WILLIAM J. MILLER )
Director of Industry Operations )
Bureau of Alcohol Tobacco )
Firearms and Explosives, )
                              )
         Respondent. )

## AFFIDAVIT OF BUDDY G. NORRIS

I, Buddy Gene Norris, being duly sworn according to law, do depose and state as follows:

1. My name is Buddy Gene Norris and I am a resident of Hutchinson, Kansas.

2. For years I had researched various rifles and determined that I wanted an AR-15 style rifle chambered in NATO 5.56. I researched multiple brands and characteristics, and the Springfield SAINT Victor was one of the brands and models that was most appealing to me.

3. In 2020, my wife asked me what I wanted for Christmas and one of the items I mentioned was an AR-15 style rifle. My wife did not get me an AR-15 style rifle for Christmas in 2020.

4. Prior to December 11, 2021, I had had multiple conversations with my son about the specific types of AR-15 style rifles that I was interested in.

1

5. On December 11, 2021, my wife, accompanied by my son, went to Heartland Outdoor to purchase a Springfield SAINT Victor 5.56 AR-15 style rifle (the "Rifle") for me as a surprise Christmas gift.

6. On December 16, 2021, my wife came to me and told me that she had gone to Heartland Outdoor to purchase the Rifle for me as a Christmas gift but that her background check had been returned as a denial.

7. My wife was embarrassed and disappointed that her surprise was ruined but told me that it was the only one in stock and that I could go get it because it was already paid for but would have to do the transfer myself.

8. I am not prohibited by law from purchasing or possessing firearms.

9. On December 16, 2021, I went with my wife to Heartland Outdoor and completed the paperwork to have them legally transfer the Rifle to me.

10. FBI/NICS provided a "proceed" response on my background check on December 16, 2021, and I left Heartland Outdoor with the Rifle that day.

11. The Rifle belongs to me.

12. My wife has never handled or possessed the Rifle since I carried it out of Heartland Outdoor on December 16, 2021.

13. The Rifle has never been shot since it left Heartland Outdoor with me on December 16, 2021.

14. The Rifle is kept locked inside a gun safe at my home and nobody but me has the combination to the gun safe that holds the Rifle.

15. Nobody from ATF has ever contacted me about the ownership or the whereabouts of the Rifle.

2

DATED: September 8th, 2023

AFFIANT FURTHER SAYTH NAUGHT.


_____
Buddy G. Norris


STATE OF KANSAS        )
                       )    SS:
COUNTY OF RENO         )

Sworn to and subscribed in my presence on this 8th day of September, 2023.


_____
NOTARY PUBLIC

KRISTI SHERRER
Notary Public - State of Kansas
My Appt. Expires 03-09-27

3