## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: Heartland Outdoor | UI Number: 779025-2007-0020-B1B  0389 |
|---|---|

| Topic | 27 CFR | Page Number |
|---|---|---|
| **1. DEFINITIONS** | | |
| ☑ Ammunition | 478.11 | 36 |
| ☑ Antique Firearms | 478.11 | 36 |
| ☑ Curios and Relics | 478.11 | 36 |
| ☑ Engaged in the Business | 478.11 | 37 |
| ☑ Firearm Frame or Receiver | 478.11 | 37 |
| ☑ Identification Document | 478.11 | 38 |
| ☑ Short Barreled Rifles & Shotguns | 478.11 | 40 |
| **2. MISCELLANEOUS PROVISIONS** | | |
| ☑ Right of Entry and Examination | 478.23 | 41 |
| ☑ "Straw" Purchase | 478.128 & General Infor. # 15 | 69 & 166 |
| ☑ Tracing Request from ATF | 478.25a | 42 |
| ☑ Compliance with State Law Publication/ATF P 5300.5 | 478.24 | 41 |
| ☑ Firearm Transportation | 478.38 | 45 |
| ☑ Reporting Thefts or Losses/ATF F 3310.11 ** | 478.39a | 45 |
| **3. LICENSES** | | |
| ☑ Correction of Error | 478.48 | 49 |
| ☑ Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| ☑ Premises Covered | 478.50 | 49 |
| ☑ Reporting Changes of Address/ATF F 5300.38 | 478.52 | 49 |
| ☑ Reporting Changes in Trade Name | 478.53 | 49 |
| ☑ Reporting Changes of Control | 478.54 | 49 |
| ☑ Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **4. CONDUCT OF BUSINESS** | | |
| ☑ Posting of License | 478.91 | 51 |
| ☑ Sales or Deliveries Between Licensees | 478.94 & 478.95 | 53 |
| ☑ Gun Show Guidelines ** | 478.100 | 55 |
| ☑ Out of State and Mail Order Sales | 478.96 | 53 |
| ☑ Prohibited Sales and Deliveries | 478.99 | 54-55 |
| ☑ NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| ☑ Obliterated Serial Number | 478.34 | 44 |
| ☑ Youth Handgun Safety Act (YHSA)-Sales of Handguns | 18 U.S.C. 922(x) | 15-16 |
| ☑ Youth Handgun Safety Act Poster and Notices | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| ☑ Secure Gun Storage or Safety Device | 921(a)(34), 922(z) & 923(d)(1)(G) | 8 & 16-18 |
| ☑ Non-resident Aliens | 478.29a & ATF Rul. 2004-1 | 43 & 144-145 |
| ☑ Sales to Law Enforcement Officers | 478.134 | 70-71 |
| **5. REQUIRED RECORDS** | | |
| ☑ Retention of Records | 478.129 | 69-70 |
| ☑ Transaction Record/ATF F 4473 ** | 478.124 | 64-66 |
| ☑ Acquisition and Disposition Record | 478.125(e) | 67 |
| ☑ Report of Multiple Handgun Sales/ATF F 3310.4 ** | 478.126a | 69 |
| ☑ Personal Firearms | 478.125a | 68 |
| ☑ Consignment of Firearms (Also, see Q&A section F15) | 478.124(a) | 64 & 183 |
| **6. STATE LAWS AND LOCAL ORDINANCES** | | |
| ☑ Review of basic concepts including licenses, waiting periods, concealed carry permits. | | |

** Provide copy of form and explain requirements to complete.

Page 1 of 2

GOVERNMENT EXHIBIT 2

EXHIBIT 1

# Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| ~~EZ-Guns & Pawn~~ Heartland Outdoor | 779025-2007~~s0020~~-B1B  0389 |

| Topic | | 27 CFR | Page Number |
|---|---|---|---|
| 7. GUNSMITH ACTIVITIES | N/A ✓ | | |
| ☐ Gunsmithing (Also, see Q&A section I) | | 478.124(a) | 64 & 185 |
| ☐ Gunsmith Recordkeeping | | 478.124(a) & .125(e), ATF Rul. 77-1 | 64, 67 & 126 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 8. NFA DEALER | N/A ✓ | | |
| ☐ Authorized Operations | | ATF Ruling 76-22 | 126 |
| ☐ General Information | | Q&A – M11 & M12 | 188 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ NFA Firearms | | Part 479 | 80-98 |
| 9. IMPORTER | N/A ✓ | | |
| ☐ Importer Definition | | 478.11 | 38 |
| ☐ ATF Forms 6 and 6A ** | | 478.112 | 58-59 |
| ☐ Importation Acquisition & Disposition Record | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ Markings | | TD ATF-461, 478.92 & 479.102 | 51-52 & 92-93 |
| ☐ NFA Firearms | | 479.111 - 479.113 | 94-95 |
| ☐ Firearm & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 10 EXPORTATION | | | |
| ☐ Arms Export Control Act of 1976 | | Part 447 | 99-101 |
| 11. FIREARMS & AMMUNITION MANUFACTURERS | N/A ✓ | | |
| ☐ Manufacturer Definition | | 478.11 and 479.11 | 38 & 83 |
| ☐ Markings | | TD ATF-461 & 478.92 | 51-52 |
| ☐ Records | | 478.123 & 478.125(i) | 64 & 68 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| ☐ NFA Firearms | | 479.103 | 93 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ Annual Firearms Manufacturing & Exportation Report | | Part 53 | ATF F 5300.11 |

12. SCHOOL ZONE    N/A ✓
☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable containers, etc.).

** Provide copy of form and explain requirements to complete.

The investigator explained the above information to me on 2/20/07 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____  2-22-07
Applicant's/Licensee's Signature and Date

_____  2-22-07
ATF Investigator Signature and Date

ATF Website: www.atf.gov
Area Office Phone: _____ 816-559-0730 _____
Revised 4/13/06                                    Page 2 of 2

Tracing Center
1-800-788-7133

Reporting Thefts
1-888-930-9275
1-800-800-3855