**EXHIBIT 2**

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| Heartland Outdoor, Inc. | 779025-2017-0268 |

| | TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| **1.** | **REQUIRED RECORDS & REPORTS** | | |
| RT | Acquisition and Disposition Record | 478.125(e) | 65 |
| RT | Computerized Acquisition and Disposition Record | ATF Ruling 2013-5 | 170 |
| RT | Transaction Record/ATF F 4473** | 478.124 | 63-64 |
| RT | Identification Document | 478.11 | 37 |
| RT | Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 67 |
| RT | Report of Multiple Rifle Sales/ATF F 3310.12** (CA, AZ, NM, and TX FFLs ONLY) | 923(g)(5)(A) & Demand Letter 3 | 22 |
| RT | Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| RT | Retention of Records | 478.129 | 68-69 |
| **2.** | **CONDUCT OF BUSINESS** | | |
| RT | Firearm Frame or Receiver | 478.11 | 37 |
| RT | NICS Requirements | 478.102 & 478.131 www.fbi.gov/hq/cjisd/nics/index.htm | 53-54 & 68 |
| RT | Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 10,15-16 & 19-20 |
| RT | Child Safety Lock Act | 18 U.S.C. 922(z) | 19 |
| RT | Sales or Deliveries between Licensees | 478.94 & 478.95 | 51 |
| RT | FFL EZ Check | www.atfonline.gov/fflezcheck | |
| RT | Gun Show Guidelines** | 478.100 | 53 |
| RT | Out of State/Mail Order and Internet Sales | 478.96 | 51-52 |
| RT | Prohibited Sales and Deliveries | 478.99 | 52-53 |
| RT | Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 52 |
| RT | Sales to Law Enforcement Officers | 478.134 | 68-69 |
| RT | Youth Handgun Safety Act- Sales of Handguns / Poster and Notices | 478.103 | 54-56 |
| RT | Obliterated Serial Number | 478.34 | 44 |
| RT | Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3.** | **LICENSES** | | |
| RT | Engaged in the Business | 478.11 | 36 |
| RT | Correction of Error | 478.48 | 47 |
| RT | Posting of License | 478.91 | 50 |
| RT | Renewal/Duration | 478.45 & 478.49 | 46 & 47 |
| RT | Premises Covered | 478.50 | 47 |
| RT | Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| RT | Reporting Changes in Trade Name | 478.53 | 48 |
| RT | Reporting Changes of Control | 478.54 | 48 |
| RT | Discontinuance of Business | 478.57 & 478.127 | 48 & 67 |
| **4.** | **MISCELLANEOUS PROVISIONS** | | |
| RT | Right of Entry and Examination | 478.23 | 40 |
| RT | Tracing Request from ATF | 478.25a | 41 |
| RT | "Straw" Purchase | 478.128 | 67-68 |
| RT | Curios or Relics / ATF P 5300.11** | 478.11 | 36 |
| RT | Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info. # 7 | 35 & 185 |
| RT | Consignment of Firearms | 478.124(a), Q&A Section G22, | 63 & 204 |
| RT | Personal Firearms / ATF P 3312.8** | 478.125a | 66-67 |
| RT | Firearm Transportation | 478.38 | 44 |
| **5.** | **STATE LAWS AND LOCAL ORDINANCES** | | |
| RT | Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| RT | Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6.** | **GUNSMITH ACTIVITIES** | N/A [RT] | |
| | Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| | Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63 |
| | Return of Repaired Firearm | 478.124(a), Q&A Section J | 63 & 206 |
| | Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |



EXHIBIT 5

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 1 of 2

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| Heartland Outdoor, Inc. | 779025-2017-0268 |

| | TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| 7. | **FIREARMS & AMMUNITION MANUFACTURERS** N/A [RT] | | |
| | Manufacturer Definition | 478.11 and 479.11 | 37 & 81 |
| | Markings | 478.92, 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 89-90 |
| | Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63-66 & 156 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| | Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.103 | 90 |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| 8. | **NFA DEALER** N/A [RT] | | |
| | Authorized Operations | ATF Ruling 76-22 | 124 |
| | NFA Firearms | Part 479 | 78-97 |
| | General Information / ATF P 5320.8** | Q&A Section N | 208-210 |
| | Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| 9. | **IMPORTER** N/A [RT] | | |
| | Importer Definition | 478.11 | 37 |
| | Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 & 160 |
| | Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50/57 & 89-90 |
| | ATF Forms 6 and 6A** | 478.112 | 56-57 |
| | Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.111-479.113 | 91-92 |
| 10. | **EXPORTATION** N/A [RT] | | |
| | Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 95-106 |
| 11. | **SCHOOL ZONE** N/A [RT] | ATF P 5310.1** | |

If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone".

12. **GENERAL QUESTIONS AND ANSWERS** [RT]   191-217

Investigator _C. Dixon_ explained this information to me on _5_ / _17_ / _17_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_[signature]_ 5-16-17
Applicant's/Licensee's Signature and Date

_C. Dixon_ 5/17/17
ATF Investigator Signature and Date

Federal Firearms Regulations Reference Guide: www.atf.gov/file/11241/download

| | | |
|---|---|---|
| | Federal Firearms Licensing Center | 866-662-2750 |
| ATF Website: www.atf.gov | Firearms Tracing Center | 800-788-7133 |
| ATF Office Contact #: (316)269-6229 | Firearms Imports Branch | 304-616-4550 |
| | National Firearms Act (NFA) Branch | 304-616-4500 |
| REPORTING THEFTS: 888-930-9275 | Firearms and Ammunition Technology Branch | 304-260-1699 |
| 800-800-3855 | Firearms Industry Programs Branch | 202-64*_ _ _ |
| | Distribution Center / Forms | 703-870-7526 |

EXHIBIT 5

Revised 9/21/2016

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.   Page 2 of 2