UNITED STATES DEPARTMENT OF JUSTICE

BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES

HEARING

_____
                              :
IN THE MATTER OF:             :
                              :
HEARTLAND OUTDOOR, INC.,      :
                              :
         Licensee,            :
                              :
    v.                        :
                              :
DEPARTMENT OF JUSTICE,        :
                              :
         Agency.              :
                              :
_____:

Thursday,
May 11, 2023

Video Teleconference

The above-entitled matter came on for hearing, pursuant to notice, at 9:00 a.m. CDT

BEFORE: WILLIAM MILLER, Director of Industry Operations, Kansas City Field Division

**EXHIBIT 3**

**APPEARANCES:**

**On Behalf of the Licensee:**

**ROGER THEEDE, Licensee**
**JENNY LEE, Licensee Staff**
**Heartland Outdoor, Inc.**

**On Behalf of the Agency:**

**JORDAN BERGUS, ESQ.**
**ATF Kansas City Field Division**

# EXHIBITS

| EXHIBIT NO. | DESCRIPTION | MARKED&RECEIVED |
|---|---|---|
| GEX1 | Notice of revocation Certified Mailing | 6 |
| GEX2 | 2007 and 2017 License Acknowledgement Form | 13 |
| GEX3 | 2022 Report of Violation with FFL Responses | 21 |
| GEX4 | Blank ATF Form 4473 | 23 |
| GEX5 | ATF Form 4473 | 37 |
| GEX6 | Acquisition and Disposition Records | 44 |
| GEX7 | ATF Form 4473 | 56 |
| GEX8 | ATF Form 4473 | 65 |
| GEX9 | Acquisition and Disposition Records | 74 |
| GEX10 | ATF Form 4473 | 88 |
| GEX11 | ATF Forms 4473 | 111 |
| GEX12 | ATF Forms 4473 | 122 |
| GEX13 | ATF Forms 4473 | 130 |

1          A    Yes.

2          Q    And are they in the same condition
3    as they were when you generated them?

4          A    They are.

5               MR. BERGUS:  I'll offer Government's
6    Exhibit 3 into the record at this time.

7               (Whereupon, the above-referred to
8    document was marked as Government Exhibit No. 3
9    for identification.)

10              BY MR. BERGUS:

11         Q    The only thing that I want to note
12   or just ask about here before we move on and
13   we'll come back to this, the licensee's
14   responses to the violations, they are in quotes
15   in that third column.  Are those direct quotes
16   from the licensee or are they a summarization
17   based on the conversation?

18         A    They are direct quotes.

19         Q    Okay.  Last thing about compliance
20   inspections, in terms of assignments, do you
21   get to pick and choose what licensees you
22   inspect?

1  2022, did you, in fact, arrive unannounced at
2  Heartland Outdoor business premises?
3      A   I did.
4      Q   Were they operational that day?
5      A   They were.
6      Q   And can you please describe how you
7  began your inspection.
8      A   Immediately upon walking in, I met
9  Mr. Theede at -- he was standing at the
10 register. He seems to be rather present in the
11 business. I introduced myself, identified
12 myself and also stated to the purpose.
13     Q   Can you describe the premises? Is
14 it a large-scale retailer? Small shop? What's
15 it look like?
16     A   I would describe it as a large
17 hunting and other type of outdoor sporting
18 activities. It certainly wouldn't be described
19 solely as a gun store. There's an extensive
20 inventory of other items.
21     Q   Okay. So upon entering, upon making
22 contact with Mr. Theede, how did you proceed?

1        A    That's correct.
2        Q    Would it then be accurate to say
3   that in all 18 instances, those would
4   constitute violations of 126(a)?
5        A    It does.
6        Q    If I may ask, and to the extent that
7   you recall, you may not, were there Multiple
8   Sales Reports that were timely submitted?
9        A    There were.
10       Q    Okay.  Do you recall how many?
11       A    I don't.
12       Q    Okay.  But there were instances
13  where licensee did comply with the rules and
14  regulations under 126(a)?
15       A    Yes.
16       Q    I have nothing further as to this
17  violation.
18            MR. THEEDE:  I just wasn't aware
19  that it had to be in the same day.  I mean, I
20  think there's only one report there of two
21  guns, that there was no report sent in.  Is
22  that right?  All the rest of them, the report

1      complete them, do you agree with that?

2                  MR. THEEDE: I do.

3                  MR. BERGUS: And then you signed

4      these forms, 4107, and in 2017, acknowledging

5      that you received those documents and

6      everything was explained to you.

7                  MR. THEEDE: Okay.

8                  MR. BERGUS: So would -- do you

9      agree with that?

10                 MR. THEEDE: Yeah. If I signed it,

11     I --

12                 MR. BERGUS: Do you have any reason

13     to disbelieve that the IOIs that met with you

14     in 2007 and 2017 would not have confided with

15     their directive to explain to you the exact

16     requirements complete these forms?

17                 MR. THEEDE: Not on those right

18     there. I mean, on the one transaction record

19     4473 in 2017, he went through the 4473s, he

20     went through about 10 of them and he came to me

21     and said, I see you have not signed any 34, 35,

22     or 36 forms.

1          So he said, I understand you
2    probably didn't know that.  So I'm not even
3    going to flag them.
4          And that was every form we had,
5    4473.  So that was --
6          MR. BERGUS:  Okay.
7          MR. THEEDE:  And we weren't flagged
8    for anything else.  I mean, basically, we had a
9    perfect score, the way I understood it.
10         MR. BERGUS:  I understand that.
11   We're not here to talk about 2017 at -- right
12   now.  We can talk about that later if you --
13         MR. THEEDE:  No, we'll talk --
14         MR. BERGUS:  Well, the point that
15   I'm trying to get to is, you mentioned that you
16   were not aware of the reporting requirements
17   for theft or loss of firearms, and what I'm
18   essentially asking is there are explicit
19   directions on this form that you signed that
20   those reporting requirements be explained to
21   you.  And as I can tell from these documents,
22   they were explained to you twice, at least; is

1   that accurate?

2              MR. THEEDE:  I'm not going to say

3   they were explained to me because.  I don't

4   remember '17 or '07, you know?  I mean, it was

5   kind of --

6              MR. BERGUS:  Well --

7              MR. THEEDE:  -- here's this, check

8   these and --

9              MR. BERGUS:  Understood.  You know

10  your signature appears on the next page?

11             MR. THEEDE:  You're correct.  That's

12  correct.

13             MR. BERGUS:  Do you have anything as

14  it concerns that violation that you wish to

15  add?

16             MR. THEEDE:  Uh-uh.

17             MR.  BERGUS:   Let's  turn  back  to

18  Government's Exhibit 1 then on Page 3.  Newest

19  violation, Paragraph 6 reads, On one occasion,

20  licensee willfully made a false statement or

21  representation  with  respect  for  information

22  required by the GCA in violation of 18 U.S.C.,

1      that was basically the rules.
2                And now, and I understand, we're
3      under a new administration.  We're under this,
4      I guess you referred to it as, what, a zero
5      tolerance or something.  And, but you know,
6      like Dan said, starting out, you know, their
7      job is to get dealers in compliance, you know,
8      by you showing us what we've done wrong.
9      Hopefully, from now on, we can go on, and I'll
10     promise you since he wasn't there, you wouldn't
11     find one mistake.  But I understand.  But in
12     our defense too, like Dan said earlier, it's
13     hard to find help.  Everybody knows that.
14     We've had college kids working evenings, and a
15     lot of those, I can point at them.  But I also
16     understand that I signed off of them and they
17     should have been complete when I signed off of
18     them.
19               MR. BERGUS:  And, as I said, talk
20     about -- I don't know what your records looked
21     like in the past.  I can't speak to them
22     because the inspection period that we had

1    covers, you know, the year before Mr. Ferris
2    came on site.  But I think based on your own
3    testimony earlier, you had mentioned that in
4    2017, there were errors that were caught as
5    that the lines were not signed on 34, 35, 36.
6    And it sounds like maybe you got a pass, but
7    those were pointed out to you then as well,
8    correct?
9                MR. THEEDE:  Yeah, but he didn't act
10   like it was any big deal, I'll be honest with
11   you.
12               MR. BERGUS:  Regardless of that,
13   and, you know --
14               MR. THEEDE:  And since then, you
15   know, I've signed them all.  But well unless
16   oversight.  I mean, you know.
17               MR. BERGUS:  But I guess where I'm
18   going with this is it's not the first time --
19   someone has pointed out that there have been
20   errors on your 4473s.
21               MR. THEEDE:  Right.
22               MR. BERGUS:  And would you agree

C E R T I F I C A T E

This is to certify that the foregoing transcript

In the matter of: Heartland Outdoor v. DOJ

Before: ATF

Date: 05-11-23

Place: teleconference

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate complete record of the proceedings.

_____
Court Reporter

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1716 14TH ST., N.W., STE. 200
(202) 234-4433          WASHINGTON, D.C.  20009-7831          www.nealrgross.com