IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND OUTDOOR, INC. D/B/A HEARTLAND OUTDOOR,<br><br>Petitioner,<br><br>vs.<br><br>WILLIAM J. MILLER, Director of Industry Operations Bureau of Alcohol Tobacco Firearms and Explosives,<br><br>Respondent. | Case No. 23-01182-DDC-BGS |

### DECLARATION OF DANIEL FERRIS

I, Daniel Ferris, do hereby declare and state the following:

1. I am above the age of 18 and competent to testify.

2. I have been employed with the Bureau of Alcohol, Tobacco, Firearms, and Explosives as an Industry Operations Investigator for eight years.

3. In that role I am tasked with, among other things, conducting compliance inspections of Federal Firearms licensees.

4. As part of my duties, I initiated a compliance inspection of Petitioner's business on June 29, 2022. My review of Petitioner's records covered the time period of June 29, 2021, to June 29, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/12, in 2023.

EXHIBIT 5

Daniel Ferris
ATF Wichita Satellite, KCFD