

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives
Kansas City Field Division
1251 NW Briarcliff Pkwy, Suite 600
Kansas City, MO  64116

www.atf.gov

August 1, 2023

779000:dch
5310

7Heartland Outdoor Inc.
d/b/a Heartland Outdoor
1 Heartland Drive
South Hutchinson, Kansas 67505

RE: Heartland Outdoor Inc.
Federal Firearms License Number: 5-48-155-01-5D-01459

Licensee:

This is in response to your request for a stay of the effective date of revocation for your Federal firearms license.

ATF is allowing the business to continue limited operations through September 11, 2023. This additional amount of time will allow the business to lawfully dispose of the firearm business inventory in accordance with the Gun Control Act. **Under this extension the business is no longer allowed to acquire any new or used firearms under the license.**

Therefore, after September 11, 2023, Federal firearms license number: 5-48-155-01-5D-01459 will no longer be in operation and all records must be sent to the Out-of-Business Records Center or taken to the ATF Kansas City Division Office in Kansas City, Missouri.

Please contact Kansas City Group III Area Supervisor Julia Johnson at (816) 410-6000 if you have questions regarding the submission of your records.

Respectfully

WILLIAM MILLER
Digitally signed by WILLIAM MILLER
Date: 2023.08.01 10:21:25 -05'00'

William Miller
Director, Industry Operations

EXHIBIT 6



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Kansas City Field Division

*1251 NW Briarcliff Parkway*
*Suite 600*
*Kansas City, MO 64116*

September 1, 2023

To: Heartland Outdoor Inc. d/b/a Heartland Outdoor
1 Heartland Drive
South Hutchinson, Kansas 67505

RE: Federal Firearms License 5-48-155-01-5D-01459

You have requested a "stay" of the effective date of revocation based on your representation that a petition for judicial review will be filed with the United States District Court. The effective date of revocation was originally 15-days from the receipt of your Final Notice and, at your request for additional time to "sell the business and properly dispose of [your] inventory" (Letter from Attorney Michael Truman on August 1, 2023), that deadline was extended a further 31-days, which established a revocation date of September 11, 2023. Based upon your request dated August 31, 2023, I will grant an additional 15-day extension to September 26, 2023. As with the previous stay, this stay is for dispositions only intended to allow you time to properly dispose of your current inventory. Throughout the pendency of the stay, you must abide by all rules and regulations under the Gun Control Act including granting ATF access to inspect required records and firearms inventory pursuant to its regular inspection authority under 27 CFR § 478.23.

Please refer to 18 U.S.C. § 923(f)(3) for additional information regarding filing a petition for judicial review.

Respectfully,

RON YOUNG
Digitally signed by RON YOUNG
Date: 2023.09.01 10:46:49 -05'00'

Ron Young
Acting Director, Industry Operations
ATF Kansas City Field Division