**INDEX OF EXHIBITS**
**TO RESPONDENT'S RESPONSE IN OPPOSITION TO PETITIONER'S EMERGENCY MOTION FOR TRO AND PRELIMINARY INJUNCTION**

| Exhibit No. | Description |
|---|---|
| 1 | 2007 Licensee's Acknowledgement of Federal Firearms Regulations |
| 2 | 2017 Licensee's Acknowledgement of Federal Firearms Regulations |
| 3 | Excerpts of transcript of administrative hearing held on May 11, 2023 |
| 4 | Final Notice of Revocation of Firearms License |
| 5 | Declaration of Daniel Ferris |
| 6 | Communications regarding stay |
| 7 | *Web Guy Enterprises, LLC v. Bowers* Order |
| 8 | ATF Form 4473 – Firearms Transaction Record (revised May 2020) |
| 9 | ATF Form 3310.4 – Report of Multiple Sale or Other Disposition of Pistols and Revolvers (Sept. 2018 and Dec. 2021 versions) |
| 10 | *Brett Ruff and Bismanguns v. ATF* – Order Denying Plaintiffs' Motion to Stay |