IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**HEARTLAND OUTDOOR, INC. D/B/A HEARTLAND OUTDOOR,**

    **Petitioner,**

v.

**WILLIAM J. MILLER,**
**Director of Industry Operations**
**Bureau of Alcohol Tobacco**
**Firearms and Explosives,**

    **Respondent.**

Case No. 23-1182-DDC-BGS

## MEMORANDUM AND ORDER

After considering the four-factor standards that apply both to requests for a preliminary injunction and a temporary restraining order, the court denies petitioner Heartland Outdoor, Inc.'s motion seeking such relief (Doc. 4).  *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Sac & Fox Nation of Mo. v. LaFaver*, 905 F. Supp. 904, 907 (D. Kan. 1995).  This Order announces this decision now to assist the parties' efforts to prepare for practical, real world effects of the court's decision.  The court will explain its full reasoning in a subsequent Memorandum Opinion.  The court will issue its Opinion in the near future.

**IT IS THEREFORE ORDERED BY THE COURT THAT** petitioner Heartland's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction " (Doc. 4) is denied.

**IT IS SO ORDERED.**

Dated this 22nd day of September 2023, at Kansas City, Kansas.

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge
