# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND OUTDOOR, INC. D/B/A HEARTLAND OUTDOOR, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No.   6:23-cv-01182 |
| WILLIAM J. MILLER Director of Industry Operations Bureau of Alcohol Tobacco Firearms and Explosives, | ) ) ) ) ) ) |
| Respondent. | ) |

## NOTICE OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

COMES NOW Petitioner Heartland Outdoor, Inc. and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action WITHOUT PREJUDICE.

Respectfully submitted by,

  /s Scott C. Nehrbass
Scott Nehrbass, #16285
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210-4041
Telephone:  (913) 253-2144
Fax:  (913) 498-2101
snehrbass@foulston.com

Jeff P. DeGraffenreid, #15694
FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS 67206
Telephone: (316) 291-9788
Fax: (316) 267-6345
jdegraffenreid@foulston.com

Scott L. Braum (*pro hac vice* to be submitted)
*Email*: slb@braumrudd.com
Timothy R. Rudd (*pro hac vice* to be submitted)
*Email*: trr@braumrudd.com
SCOTT L. BRAUM & ASSOCIATES, LTD.
812 East Franklin Street, Suite C
Dayton, Ohio 45459
Telephone: (937) 396-0089
Fax: (937) 396-1046

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF FILING AND SERVICE**

    Scott C. Nehrbass, an attorney, certifies that, on this 3rd day of November 2023, he caused the foregoing to be filed via the ECF system for the United States District Court for the District of Kansas, and that a copy of said filing is also being served on all counsel of record via the Court's electronic notification system, electronic mail, and via hand delivery upon the Respondent.

                                                 */s Scott C. Nehrbass*
                                                 Scott C. Nehrbass